**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01218-CV

**STARWOOD MANAGEMENT, LLC,
BY AND THROUGH NORMA GONZALEZ, Appellant**

**V.**

**DON SWAIM, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-12760-L**

## ORDER

We **GRANT** appellees' February 20, 2015 unopposed motion for an extension of time to

file a brief.  Appellees shall file a brief by **MARCH 27, 2015**.

/s/     ELIZABETH LANG-MIERS
          JUSTICE
